**Denied and Opinion Filed December 1, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-01206-CV

## IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ROBERT NASH, AND YULONDA WILSON, Relators

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03133-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

Before the Court are relators' November 29, 2023 petition for writ of mandamus and emergency motion for temporary relief. In their petition, relators challenge three trial court orders compelling their respective depositions. In their emergency motion, relators seek to stay the depositions pending our action on the petition.

Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that the relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). The relator bears the burden of providing the Court with a sufficient

record to show it is entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude relators have failed to demonstrate entitlement to mandamus relief. *See In re State Farm Mut. Auto. Ins. Co.*, No. 05-23-01062-CV, 2023 WL 7984390, at *1 (Tex. App.—Dallas Nov. 17, 2023, orig. proceeding).

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny relators' emergency motion for temporary relief as moot.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
231206F.P05                                     JUSTICE